**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

vs.                                                          CASE NO. 4:02cr11-SPM/AK

JOSEPH WAYNE OLIVER,

      Defendant.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated June 27, 2006 (doc. 72). Defendant has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference in this order.

2. Defendant's motion to vacate (doc. 59) is denied.

DONE AND ORDERED this 19th day of September, 2006.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge